AO 240 (Rev. 9/96)

# United States District Court

_Central_ DISTRICT OF _Illinois_

Reed
**Plaintiff**

v.

State of Il
**Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED**
DEC 2 0 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 04-1435

I, _Craig D. Reed_ declare that I am the (check appropriate box)

[✓] petitioner/plaintiff/movant          [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [ ] Yes   [✓] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution? _____  Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [✓] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _July, 2004 Nelson Auto Salvage, Victoria, Illinois 61485 $50 a day cash only_

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes   [✓] No
   b. Rent payments, interest or dividends            [ ] Yes   [✓] No
   c. Pensions, annuities or life insurance payments  [ ] Yes   [✓] No
   d. Disability or workers compensation payments     [ ] Yes   [✓] No
   e. Gifts or inheritances                           [ ] Yes   [✓] No
   f. Any other sources                               [✓] Yes   [ ] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. _Odd jobs and no_

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. STACIE Reed – Wife – 3 childred whAT eveR I CAN give I DO!

I declare under penalty of perjury that the above information is true and correct.

12/20/04                   Craig D. Reed
_____                  _____
DATE                       SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____
_____. I further certify that during the past six months the applicant's average balance was $ _____.

_____                  _____
DATE                       SIGNATURE OF AUTHORIZED OFFICER

RECEIVED
DEC 20 2004
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Craig D Reed )<br>Plaintiff ) | |
| ) | |
| vs. ) | Case No. 04-1435 |
| ) | |
| James D. Owens )<br>Jimmie L. Dison )<br>John M Reed )<br>Dorothy I Reed )<br>Defendant(s) ) | |

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

---

*Please note:* *This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Craig D. Reed__, and states as follows:

My current address is: __105 East Main Apt 3 Toulon, Illinois RR1 P.O. 361 Toulon, IL 61483-9703__

The defendant __James D Owens__, is employed as __States Attorney for Stark County__ at __130 W. Main Toulon IL__

The defendant __Jimmie L Dison__, is employed as __Sheriff of Stark County__ at __130 W. Jefferson Toulon IL__

The defendant, John M. Reed, is employed as Realtor at ELCOR Realty Co. at 3552 West River Parkway NW Rochester MN 55901

The defendant Dorothy I Reed, is employed as S.S.I. - 80 years Old at RR1 Box 10A Toulon IL 61483
4 Arrowhead Dr.
(revised 9/96)

The defendant Robert A Taylor, is employed as Chief of Police of Toulon at _____

Additional defendants and addresses Matt Shipp - Stark co Deputy

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
Yes ☐   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge _____

_____

4. Basic claim made _____

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐   If your answer is no, explain why not

_____

_____

C. Is the grievance process completed?   Yes ☐   No ☐

PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence  4 ARROWLEAD Drive RR1 Box10A Toulon, IL 61483

Date of the occurrence  November 19, 2004 — December 10, 2004

Witnesses to the occurrence  Jimmie L Dison

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
   THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On November 19, 2004 I was in fact fixing my mothers garage door with permisson by D.I.R. and by my brother - Excutor of her Living Will John M. Reed. My Brother & Mother had me evicted and an order of Protection given by Jimmie L Dison. At this point there was not a problem. Later in the afternoon and arrest warrant was issued and served by Jimmie L. Dison. Chief of Police Robert A. Taylor gave me the ride to Jail for Criminal Damage to Propertery (Felony). The case was dismissed for lack of evidence. I spent 3 weeks in jail on $25,000 Bond for Nothing.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Disbarment of States Attorney!!! Help for Sheriffs Department (money, manpower and whatever the Sheriff needs to restore pride in our County. To be excutor of mothers Living and Death Will. All property in Stark County and in State of Texas - Lago Vista Austin, Texas
I am appling a Lein on John M Reed for $332,250 That is All

**JURY DEMAND**     Yes ☐     No ☑

Signed this _Twentith_ day of _December 2004_, ~~2004~~.

*( Signature of Plaintiff)*

| Name of Plaintiff: Craig Dennis Reed | Inmate Identification Number: |
|---|---|
| Address: RR1 Box 361 Toulon, IL 61483  105 East Main Apt 3 | Telephone Number: 525-1801 |