# United States District Court

CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

Craig D. Reed
Plaintiff(s)

vs.

State of Illinois
Defendant(s)  County of Stark

)
)
)
)
)
)
)
)

04-1435

Case Number: **FILED**

FILED

DEC 2 0 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

I, Craig Reed , declare that I am the (circle one)

(Plaintiff) Defendant   In the above-entitled proceeding and state that I am unable to afford the services o an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in thi proceeding: I have talked with several lawyers within the State who do not wish to do this work or are unable to do so!

In further support of my motion, I declare that (check appropriate box):

[✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or an other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding( described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[✓] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and corre representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financ status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect r current financial status.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/20/04

Craig Reed
Movant's Signature

105 E. Main
Street Address

Toulon, Illinois 61483
City/State/Zip    525-1801

309 - ___ ___ (cell)

motion to appt counsel.wpd