AO 450 (Rev. 5/85) Judgment in a Civil Case

**E-FILED**

Wednesday, 19 January, 2005 04:01:25 PM

Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Craig D Reed**

vs.                                                    Case Number:     **04-1435**

**James D Owens, States Attorney for Stark County; Jimmie L Dison, Sheriff of Stark County; John M Reed, Realtor at ELCOR Realty Co; Dorothy I Reed, S.S.I.; Robert A Taylor, Chief of Police of Toulon; Matt Shipp, Stark Co Deputy**

☐ **DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit and Motion for Appointment of Counsel are DENIED and this case is DISMISSED.

ENTER this 18th day of January, 2005

_____s/ John M. Waters_____
JOHN M. WATERS, CLERK

_____s/ C. Douglas_____
BY:  DEPUTY CLERK

04-1435.wpd